JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH JOHNSON, | ) | NO. CV 21-2543-AB(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| J. SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: August 4, 2021.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE